UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

RICHARD HOEFT,

          Plaintiff,          ORDER

    v.          Case No. 11-cv-387-wmc

DAVE SCHULTZ,

          Defendant.

---

In light of plaintiff's failure to provide requested discovery or respond to the court's two orders (dkts. ## 18, 22), warning of sanctions pursuant to Rule 37(b) up to and including dismissal of his lawsuit suit with prejudice, defendant's motion to dismiss for lack of prosecution (dkt. #21) is GRANTED and this case is hereby dismissed with prejudice. Plaintiff may move to reopen for good cause shown.

    Entered this 15th day of August, 2012.

                                        BY THE COURT:

                                        William M. Conley
                                        District Judge