IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT and
JOSEPH HOEFT,

    Plaintiffs,

v.

DAVE SCHULTZ,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-387-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant:

    (1) denying plaintiff Joseph Hoeft leave to proceed; and

    (2) granting defendant's motion to dismiss Richard Hoeft's claims with prejudice for lack of prosecution.

_____      _8/16/12_
Peter Oppeneer, Clerk of Court           Date